CALLAN, KOSTER, BRADY & BRENNAN, LLP
One Whitehall Street
New York, New York 10004
(212) 248-8800
Paul F. Callan (PFC-2005)
Marc Wilner (MRW-2371)

**07 CV 6114**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE HOLWELL**

---

BETH JOY KNUTSEN and
KATHLEEN SULLIVAN,

            Plaintiffs,

-v-

PETCO ANIMAL SUPPLIES STORES, INC. and
PET FOOD EXPERTS, INC.,

            Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

JUN 28 2007
CASHIERS S.D.N.Y.

DEFENDANT PET
FOOD EXPERTS, INC.
CERTIFICATE OF
CORPORATE
INTERESTS

---

Pursuant to Fed. R. Civ. P. 7.1 (formerly Local General Rule 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Pet Food Experts, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    NONE.

    Pet Food Experts, Inc. does not have a parent corporation. No publicly held corporation owns any stock of Pet Food Experts, Inc., which is a privately held corporation.

695629v1

...

Case 1:07-cv-06114-RJH   Document 2   Filed 06/28/2007   Page 2 of 3

Dated: New York, New York
June 28, 2007

                Respectfully submitted,

                CALLAN, KOSTER, BRADY &
                  BRENNAN, LLP

                By: *Paul F. Callan*
                      Paul F. Callan (PFC-2005)
                      Marc Wilner (MRW-2371)
                      One Whitehall Street
                      New York, New York 10004
                      (212) 248-8800

                Attorneys for Defendants
                Pet Food Experts, Inc.

OF COUNSEL:

Laura C. Fey
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550

Attorney for Defendants PETCO
Animal Supplies Stores, Inc. and
Pet Food Experts, Inc.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

EILEEN GAMBINO, being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age and I am employed at One Whitehall Street, New York, New York 10004.

On June 28, 2007, I served a true copy of the annexed **RULE 7.1 STATEMENT** by mailing same in a sealed envelope with postage prepaid in an official depository of the U.S. Postal Service within the State of New York addressed

TO:  McLAUGHLIN & STERN, LLP
     Attention: Alan E. Sash, Esq.
     Attorneys for Plaintiffs
     260 Madison Avenue
     New York, New York 10016
     (212) 448-1100

     ABBEY, SPANIER, RODD, ABRAMS & PARADIS, LLP
     Attention: Orin Kurtz, Esq.
     212 East 39th Street
     New York, New York 10016
     (212) 889-3700

                                             _____
                                                  EILEEN GAMBINO

Sworn to before me this
28th day of June, 2007

_____
Notary Public

> Arlene Savarese
> NOTARY PUBLIC, State of New York
> No. 01SA6146568
> Qualified in Richmond County
> Term Expires: May 22, 20___