CALLAN, KOSTER, BRADY & BRENNAN, LLP
One Whitehall Street
New York, New York 10004
(212) 248-8800
Paul F. Callan (PFC-2005)
Marc Wilner (MRW-2371)

**07 CV 6114**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE HOLWELL**



JUN 28 2007
U.S.D.C. S.D.N.Y.
CASHIERS

---

BETH JOY KNUTSEN and
KATHLEEN SULLIVAN,

            Plaintiffs,

-v-

PETCO ANIMAL SUPPLIES STORES, INC. and
PET FOOD EXPERTS, INC.,

            Defendants.

CASE NO.: 07 cv _____

**DEFENDANT PETCO ANIMAL SUPPLIES STORES, INC. CERTIFICATE OF CORPORATE INTERESTS**

---

    Pursuant to Fed. R. Civ. P. 7.1 (formerly Local General Rule 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant PETCO Animal Supplies Stores, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    NONE.

    PETCO Animal Supplies Stores, Inc. is a wholly-owned subsidiary of PETCO Animal Supplies, Inc., a privately held company.

- 2 -

Dated: New York, New York
       June 28, 2007

                              Respectfully submitted,

                              CALLAN, KOSTER, BRADY &
                                BRENNAN, LLP

                          By: *Paul F. Callan*
                              Paul F. Callan (PFC-2005)
                              Marc Wilner (MRW-2371)
                              One Whitehall Street
                              New York, New York 10004
                              (212) 248-8800

                              Attorneys for Defendants PETCO
                              Animal Supplies Stores, Inc.

OF COUNSEL:

Laura C. Fey
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550

Attorney for Defendants PETCO
Animal Supplies Stores, Inc. and
Pet Food Experts, Inc.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

EILEEN GAMBINO, being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age and I am employed at One Whitehall Street, New York, New York 10004.

On June 28, 2007, I served a true copy of the annexed **RULE 7.1 STATEMENT** by mailing same in a sealed envelope with postage prepaid in an official depository of the U.S. Postal Service within the State of New York addressed

TO: McLAUGHLIN & STERN, LLP
Attention: Alan E. Sash, Esq.
Attorneys for Plaintiffs
260 Madison Avenue
New York, New York 10016
(212) 448-1100

ABBEY, SPANIER, RODD, ABRAMS & PARADIS, LLP
Attention: Orin Kurtz, Esq.
212 East 39th Street
New York, New York 10016
(212) 889-3700

_____
EILEEN GAMBINO

Sworn to before me this
28th day of June, 2007

_____
Notary Public

MARIA COLAMARINO
Notary Public, State of New York
No. 01CO6008711
Qualified in Queens County
Commission Expires June 15, 20 /0