UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETH JOY KNUTSEN and
KATHLEEN SULLIVAN,

        Plaintiffs,

-v-

PETCO ANIMAL SUPPLIES STORES, INC. and
PET FOOD EXPERTS, INC.,

        Defendants.

CASE NO.: 07 cv 6114 (RJH)

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Upon the Unopposed Motion of Defendants PETCO Animal Supplies Stores, Inc. and Pet Food Experts, Inc. ("Defendants") for Extension of Time to File Responsive Pleadings, it is hereby ORDERED that Defendants' Unopposed Motion is GRANTED and that Defendants shall have an additional forty-five (45) days, until August 13, 2007, to answer, move, or otherwise respond to Plaintiffs' Amended Complaint.

Date: 7/10/07

_____, Judge
United States District Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

