# CALLAN, KOSTER, BRADY & BRENNAN, LLP
COUNSELORS AND ATTORNEYS AT LAW

NEW YORK, NY   UNIONDALE, NY   SHREWSBURY, NJ   RIDGEWOOD, NJ

www.ckbblaw.com

Paul F. Callan, Esq.
Partner

poallan@ckbblaw.com

ONE WHITEHALL STREET
NEW YORK, NY 10004
TEL: (212)248-8800
FAX: (212)248-6815

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

RECEIVED
SEP - 4 2007
RICHARD J. HOLWELL

September 4, 2007

*Via Facsimile: (212) 805-7948*
The Honorable Richard J. Holwell
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   Beth Joy Knutsen, et al. v. Petco Animal Supplies Stores, Inc.
2007 Civ. 06114 (RJH)
Our File: 070.14055

Dear Judge Howell:

In light of our ongoing efforts to resolve this matter, all parties respectfully request that the status conference, currently set for September 6, 2007, be rescheduled to October 5, 2007.

IPTC adjourned to 10/5/07 @ 10:00am

SO ORDERED
[signature]
USDJ
9/4/07

Respectfully submitted,

Callan, Koster, Brady & Brennan, LLP
Attorneys for Petco Animal Supplies Stores, Inc.

By: *Paul F. Callan*
Paul F. Callan

cc:   Facsimile: (212) 448-0066
McLaughlin & Stern, LLP
Attention: Alan Sash, Esq.
Attorneys for Plaintiff
260 Madison Avenue
New York, New York 10016