UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETH JOY KNUTSEN and
KATHLEEN SULLIVAN,

                Plaintiffs,

-v-

PETCO ANIMAL SUPPLIES STORES,
INC. and PET FOOD EXPERTS, INC.,

                Defendants.

CASE NO.: 07 CV 06114-RJH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and among the undersigned counsel that pursuant to Fed.R.Civ.P. 41(a)(1)(ii), this action is dismissed with prejudice. The parties are to bear their own costs and expenses.

New York, New York

Dated: September 14, 2007

Attorneys for Plaintiffs:

By: _____
      Alan E. Sash

MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone:     (212) 448-1100

And

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016

- 1 -

697626v1

Telephone:   (212) 889-3700
Facsimile:   (212) 684-5191

Attorneys for Defendants:

By: /s/ Marc Robert Wilner
Marc Robert Wilner

**CALLAN, KOSTER, BRADY & BRENNAN LLP**
One Whitehall Street
New York, NY 10004
Telephone:   (212) 248-8800
Facsimile:   (212) 248-6815

And

**SHOOK HARDY & BACON**
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone (816) 474-6550
Facsimile (816) 421-2708

Dated: 9|17, 2007

SO ORDERED.

/s/
Richard J. Holwell
United States District Judge